ATTORNEY GRIEVANCE COMM'N   *     IN THE
OF MARYLAND                       COURT OF APPEALS

                        *     OF MARYLAND

    Petitioner,

                        *     Misc. Docket AG No.73

    v.

                        *     September Term, 2018

CORY LEV ZAJDEL

                        *

    Respondent.

                        *

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Cory Lev Zajdel. The Court having considered the Joint Petition and the record herein, it is this 22nd day of _____March_____, 2019:

ORDERED, that the Respondent, Cory Lev Zajdel, be and he hereby is, REPRIMANDED for violating Rule 1.5(c) of the Maryland Lawyers' Rules of Professional Conduct.

                                  /s/ Clayton Greene Jr.
                                  Senior Judge